United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ES Trust                              ,

                Plaintiff(s),

         v.

Potter, et al.                        ,

                Defendant(s).

Case No. 3:26-cv-04611-LJC

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Joshua M. Rubin         , an active member in good standing of the bar of

New York State             , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: ES Trust             in the

above-entitled action. My local co-counsel in this case is Joel E. Elkins             , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: SBN 256020        .

4 Brighton Rd., Ste. 204, Clifton, NJ 07014

MY ADDRESS OF RECORD

(212) 682-3025

MY TELEPHONE # OF RECORD

jrubin@weisslawllp.com

MY EMAIL ADDRESS OF RECORD

1801 Century Park East, 24th Floor, Los Angeles, CA 90067

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 208-2800

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jelkins@weisslawllp.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 4362778        .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1       times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2026

Joshua M. Rubin
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua M. Rubin                is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 27, 2026

UNITED STATES MAGISTRATE JUDGE

Updated 11/2021                                         2



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

_____

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Joshua M. Rubin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 3, 2006,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on January 23, 2026.

Clerk of the Court

CertID-00270899



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024