Mark D. Smilow (*Pro Hac Vice*)
msmilow@weisslawllp.com
**WEISS LAW**
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

*Attorneys for Plaintiff ES Trust and*
*[Proposed] Co-Lead Counsel for Plaintiffs*

[Additional Counsel in Signature Block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC MARCUS, Derivatively on behalf of GROCERY OUTLET HOLDING CORP., <br><br> Plaintiff, <br><br> vs. <br><br> JASON POTTER, CHRISTOPHER M. MILLER, JOHN E. BACHMAN, MARY KAY HABEN, CAREY F. JAROS, MICHAEL K. KOBAYASHI, ERIC J. LINDBERG, JR., LAWRENCE P. MOLLOY, GAIL MOODY-BYRD, ERIK D. RAGATZ, and JEFFREY R. YORK, <br><br> Defendants, <br><br> and <br><br> GROCERY OUTLET HOLDING CORP., <br><br> Nominal Defendant. | Case No.: 4:26-cv-03116-AMO <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING THE RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED ACTION AS MODIFIED** <br><br> Judge: Hon. Araceli Martínez-Olguín Date Action Filed: April 13, 2026 |

*[Additional caption on following page]*

ES TRUST, derivatively on behalf of Nominal Defendant GROCERY OUTLET HOLDING CORP.,

Plaintiff,

vs.

JASON POTTER, CHRISTOPHER M. MILLER, JOHN E. BACHMAN, MARY KAY HABEN, CAREY F. JAROS, MICHAEL K. KOBAYASHI, ERIC J. LINDBERG, JR., LAWRENCE P. MOLLOY, GAIL MOODY-BYRD, ERIK D. RAGATZ, and JEFFREY R. YORK,

Defendants,
and

GROCERY OUTLET HOLDING CORP.,

Nominal Defendant.

Case No. 3:26-cv-04611-AMO

Judge: Hon. Araceli Martínez-Olguín
Date Action Filed: May 15, 2026

STIPULATION AND [~~PROPOSED~~ ORDER] LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING THE RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION
CASE NOS. 4:26-CV-03116-AMO; 3:26-CV-04611-AMO

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), Plaintiffs Eric Marcus ("Marcus") and the ES Trust ("ES Trust," and together with Marcus, "Plaintiffs"), Defendants Jason Potter, Christopher M. Miller, John E. Bachman, Mary Kay Haben, Carey F. Jaros, Michael K. Kobayashi, Eric J. Lindberg, Jr., Lawrence P. Molloy, Gail Moody-Byrd, Erik D. Ragatz, and Jeffrey R. York (the "Individual Defendants"), and Grocery Outlet Holding Corp. ("Grocery Outlet" or the "Company," and collectively with the Individual Defendants, the "Defendants"), by and through their undersigned counsel of record, respectfully submit the following stipulation and proposed order to: (i) lift the stay in the first action (*Marcus*), (ii) consolidate the related derivative actions (*Marcus* and *ES Trust*), (iii) appoint co-lead counsel for Plaintiffs in the consolidated derivative action (the "Consolidated Action"); and (iv) to stay the Consolidated Action:

WHEREAS, on April 13, 2026, Plaintiff Marcus filed a stockholder derivative action in this Court on behalf of Grocery Outlet against Defendants Jason Potter, Christopher M. Miller, John E. Bachman, Mary Kay Haben, Carey F. Jaros, Michael K. Kobayashi, Eric J. Lindberg, Jr., Lawrence P. Molloy, Gail Moody-Byrd, Erik D. Ragatz, and Jeffrey R. York, alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and violations of the federal securities laws, captioned *Marcus v. Potter, et al.*, No. 4:26-cv-03116-AMO (N.D. Cal.) (the *"Marcus* Action");

WHEREAS, on May 15, 2026, Plaintiff ES Trust filed a stockholder derivative action in this Court on behalf of Grocery Outlet against the Individual Defendants alleging, *inter alia*, violations of the federal securities laws, breaches of fiduciary duty, aiding and abetting, and unjust enrichment, captioned *ES Trust v. Potter, et al.*, No. 3:26-cv-04611-AMO (N.D. Cal.) (the "*ES Trust* Action" and together with the *Marcus* Action, the "Derivative Actions");

STIPULATION AND [~~PROPOSED~~ ORDER] LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING THE RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION
CASE NOS. 4:26-CV-03116-AMO; 3:26-CV-04611-AMO

WHEREAS, the Derivative Actions involve overlapping parties and factual allegations with a related federal securities class action first filed on March 16, 2026, in this Court, captioned *Jones v. Grocery Outlet Holding Corp., et al.*, No. 4:26-cv-02291-AMO (N.D. Cal.) (the "Securities Class Action");

WHEREAS, the Court has determined that the Derivative Actions are related to the Securities Class Action (*Marcus* Action, ECF No. 12; *ES Trust* Action, ECF No. 29);

WHEREAS, counsel for Plaintiffs and Defendants (the "Parties") have conferred regarding the Derivative Actions, the status of the Securities Class Action, and the appropriate next steps;

WHEREAS, Rule 42(a) provides that when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Court Stayed the *Marcus* Action on May 20, 2026 (*Marcus* Action, ECF No. 14) (the "Stay");

WHEREAS, the Parties agree that the Stay of the *Marcus* Action should be lifted to facilitate the consolidation of the Derivative Actions;

WHEREAS, in order to ensure economy of time and effort for the Court, for counsel, and for litigants, the Parties have agreed that the Derivative Actions should be consolidated on the terms set forth below;

WHEREAS, Plaintiffs believe the appointment of co-lead counsel for Plaintiffs is appropriate and will promote the efficient and orderly prosecution of the Derivative Actions;

STIPULATION AND [PROPOSED ORDER] LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING THE RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION
CASE NOS. 4:26-CV-03116-AMO; 3:26-CV-04611-AMO

WHEREAS, based upon the overlapping parties and factual allegations contained in the Derivative Actions and the Securities Class Action, and to avoid the unnecessary expenditure of judicial resources, the Parties have agreed, subject to this Court's approval, to reimpose the Stay in the *Marcus* Action in the Consolidated Action given the schedule for the defendants to file a motion to dismiss in the Securities Class Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1.      The Stay in the *Marcus* Action is temporarily lifted for the limited purpose of filing and ruling by the Court on this Stipulation.

2.      To the extent they have not already been served or waived service previously, pursuant to Federal Rule of Civil Procedure 4(d), Defendants hereby agree to waive service of the Complaints in the Derivative Actions.

3.      The Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings, trial, and appeal, into the Consolidated Action.

4.      Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GROCERY OUTLET HOLDING CORP. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 4:26-cv-03116-AMO (Consolidated with Case No. 3:26-cv-04611-AMO) |
| This Document Relates To: | |
| ALL ACTIONS | |

5.      All documents filed and served to date in the Derivative Actions are deemed filed and served and are part of the record in the Consolidated Action.

4

6.    The files of the Consolidated Action shall be maintained in one file under Master File No. 4:26-cv-03116-AMO.

7.    Defendants take no position on the appointment of co-lead counsel for Plaintiffs.

8.    This Stipulation and Order shall apply to each derivative action arising out of the same or substantially the same transactions or events as the Consolidated Action that is subsequently filed in, removed to, reassigned to, or transferred to this Court.

9.    When a case which properly belongs as part of *In re Grocery Outlet Holding Corp. Stockholder Derivative Litigation*, Lead Case No. 4:26-cv-03116-AMO, is hereafter filed in, removed to, reassigned to, or transferred to this Court, the Parties' counsel shall call such filing, removal, or transfer to the attention of the Clerk of the Court for purposes of consolidating such case(s) with *In re Grocery Outlet Holding Corp. Stockholder Derivative Litigation*, Lead Case No. 4:26-cv-03116-AMO. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later related shareholder derivative actions involving Grocery Outlet in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

10.    Co-lead counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**WEISS LAW**
David C. Katz (*pro hac vice*)
Mark D. Smilow (*pro hac vice*)
Joshua Rubin (*pro hac vice*)
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
dkatz@weisslawllp.com

5

STIPULATION AND [PROPOSED ORDER] LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING THE RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION
CASE NOS. 4:26-CV-03116-AMO; 3:26-CV-04611-AMO

msmilow@weisslawllp.com
jrubin@weislawllp.com

and

**THE BROWN LAW FIRM, P.C.**
Saadia Hashmi (*pro hac vice*)
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
shashmi@thebrownlawfirm.net

11.    Plaintiffs' co-lead counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12.    This Stipulation and Order shall apply to each action arising out of the same transactions or occurrences as the Consolidated Action, whether filed in, removed to, or transferred to this Court.

13.    Plaintiffs' co-lead counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through co-lead counsel.

14.    Defendants' counsel may rely upon all agreements made with Plaintiffs' co-lead counsel, or other duly authorized representative of Plaintiffs' co-lead counsel, and such agreements shall be binding on all plaintiffs.

15.    All proceedings in the Consolidated Action, including all deadlines, hearings, and conferences, including any deadlines to move, answer, plead or otherwise respond to the respective complaints filed by Plaintiffs, shall be stayed according to

the terms of and during the pendency of the Stay entered in the *Marcus* Action (ECF No. 14).

16.     If Defendants provide documents to the plaintiffs in a Related Derivative Action in connection with a mediation, Defendants agree to provide them to Plaintiffs in the Consolidated Action on the same terms.

17.     Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the Parties agree that service by email transmission shall be permitted in addition to service via ECF notification.

18.     All deadlines, including any case management conferences (*ES Trust –* 8/13/2026) and deadlines associated therewith, are hereby vacated.

19.     The parties reserve all rights.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 15, 2026          By:   */s/      Mark D. Smilow*

**WEISS LAW**
David C. Katz (*pro hac vice*)
Mark D. Smilow (*pro hac vice*)
Joshua M. Rubin (*pro hac vice*)
305 Broadway, 7th Floor
New York, NY 10007
Telephone:   (212) 682-3025
Facsimile:   (212) 682-3010

Joel E. Elkins (SBN 256020)
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone:   (310) 208-2800
Facsimile:   (310) 209-2348

*Counsel for Plaintiff ES Trust [Proposed]*
*Co-Lead Counsel for Plaintiffs*

Dated: June 15, 2026          By:   */s/      Saadia Hashmi*

STIPULATION AND [~~PROPOSED~~ ORDER] LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING THE RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION
CASE NOS. 4:26-CV-03116-AMO; 3:26-CV-04611-AMO

Robert C. Moest, Of Counsel (SBN 62166)
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
RMoest@gmail.com

**THE BROWN LAW FIRM, P.C.**
Saadia Hashmi (*pro hac vice*)
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
shashmi@thebrownlawfirm.net

*Attorneys for Plaintiff Eric Marcus and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: June 15, 2026          By:   */s/ Craig Varnen*
                                    _____
                                    Craig Varnen
                                    **GIBSON, DUNN & CRUTCHER LLP**
                                    Craig Varnen, SBN 170263
                                    333 South Grand Avenue
                                    Los Angeles, California 90071-3197
                                    Telephone: 213.229.7000
                                    Email: cvarnen@gibsondunn.com

                                    Jeff Lombard, SBN 285371
                                    310 University Avenue
                                    Palo Alto, California 94301-1744
                                    Telephone: 650.849.5300
                                    Email: jlombard@gibsondunn.com

                                    *Attorneys for Defendants*

STIPULATION AND [~~PROPOSED~~ ORDER] LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING THE RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION
CASE NOS. 4:26-CV-03116-AMO; 3:26-CV-04611-AMO

## SIGNATURE ATTESTATION

I hereby certify that the content of this document is acceptable to all persons whose signatures are indicated by an electronic signature (/s/) within this e-filed document.

Dated:   June 15, 2026

_/s/Mark D. Smilow_
Mark D. Smilow

*Attorney for Plaintiff ES Trust and*
*[Proposed] Co-Lead Counsel for Plaintiffs*

\*        \*        \*

## [~~PROPOSED~~] ORDER AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

In addition, the Court ORDERS Plaintiff(s) to file a consolidated, amended complaint within 14 days after the stay is lifted.

Dated:    6/26/2026

_____
Hon. Araceli Martínez-Olguín
United States District Judge

9